## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | Case: 1:22-mj-00269 |
| | Assigned to: Judge Meriweather, Robin M. |
| **v.** | Assign Date: 12/9/2022 |
| | Description: COMPLAINT W/ ARREST WARRANT |
| **MARK THOMAS MOORE,** | |
| | **Under Seal** |
| **Defendant.** | |

### AFFIDAVIT IN SUPPORT OF A
### CRIMINAL COMPLAINT AND ARREST WARRANT

I, Kevin Moore, a Special Agent of the Federal Bureau of Investigation, being first duly sworn, hereby depose and state as follows:

### INTRODUCTION AND AGENT BACKGROUND

1.      I am a Special Agent with the Federal Bureau of Investigation and have been since August 21, 2016.  I am currently assigned to the FBI's Violent Crime Task Force, which is responsible for investigating violent crimes and major offenders in Washington, D.C.  During the course of my participation in law enforcement, I have conducted arrests and executed search and seizure warrants and court orders.  I have investigated crimes involving bank robberies, Hobbs Act violations, extortion, threats, carjackings, and kidnappings.  During my tenure with the FBI, I have also worked on other types of investigations including money laundering and counterintelligence. My training included instruction on investigative tools and criminal law, such as the development and identification of probable cause to support the execution of search warrants.

2.      I am an "[i]nvestigative or law enforcement officer" of the United States within the meaning of 18 U.S.C. § 2510(7).  I am empowered by law to conduct investigations, to execute search warrants, and to make arrests for violations of Federal law.  As an FBI Special Agent, I am authorized to execute warrants issued under the authority of the United States.

3.      I base the facts set forth in this affidavit upon my personal knowledge, information obtained during my participation in this investigation, review of documents to include business and official government records, knowledge obtained from other individuals including law enforcement personnel, and communications with others who have personal knowledge of the events and circumstances described herein.  Because this affidavit is being submitted for the limited purpose of enabling this Court to make a judicial determination of probable cause to issue an arrest warrant, I have not included each and every fact known to me concerning this investigation.  I have set forth only the facts that I believe are necessary to establish probable cause that violations of the Federal laws identified have occurred.

4.      I make this affidavit in support of an application for a criminal complaint and arrest warrant for Mark Thomas MOORE ("MOORE").  For the reasons set forth below, I submit that there is probable cause to believe that MOORE has violated 18 U.S.C. § 2114(a) (Armed Postal Robbery), and 18 U.S.C. § 1951(a) (Interference with Interstate Commerce by Robbery) (collectively, the "SUBJECT OFFENSES").

5.      The Court has jurisdiction to issue the proposed warrant because it is a "court of competent jurisdiction" as defined in 18 U.S.C. § 2711.  Specifically, the Court is a district court of the United States that has jurisdiction over the offense being investigated.  *See* 18 U.S.C. § 2711(3)(A)(i).  As discussed more fully below, acts or omissions in furtherance of the offenses under investigation occurred within Washington, D.C.  *See* 18 U.S.C. § 3237.

**PROBABLE CAUSE**

6.      Members of law enforcement within the District of Columbia have been investigating multiple armed robberies of establishments that occurred between October 21, 2022, and November 28, 2022.  Specifically, these offenses involved similarities in specific items of

clothing worn by the suspect or items used during the commission of the offenses.  While investigating the offenses that occurred in relatively close geographic proximity over a similar timeframe, law enforcement identified Mark Thomas MOORE as a suspect as a result of a latent fingerprint match from the cash drawer insert divider of the U.S. Post Office robbed on November 22, 2022.

7.      During the course of investigating the offenses described below, MOORE was arrested on November 28, 2022, shortly after he robbed a CVS located in Arlington, Virginia.  Law enforcement subsequently obtained authorization to search two residences connected to MOORE. Law enforcement recovered numerous items of clothing and personal effects that can be seen in the surveillance footage from the SUBJECT OFFENSES based on the December 2, 2022, execution of a search warrant at one of the residences, as well as based on items recovered from MOORE during his arrest.[1]  The facts of each of the offenses – as well as evidence linking the offenses to MOORE – are described below.

### October 21, 2022, Armed Robbery of 7-Eleven, 637 Pennsylvania Avenue SE

8.      On Friday, October 21, 2022, at approximately 9:21 p.m., an armed robbery of the 7-Eleven convenience store located at 637 Pennsylvania Avenue SE, Washington, D.C., occurred. Metropolitan Police Department officers responded and located W-1 and W-2, who are both employees of the store.  W-1 stated that they saw the suspect pacing outside the store for several minutes before the robbery.  When the suspect entered the store, W-1 saw the suspect point a gun

---

[1] On December 2, 2022, the FBI executed a residential search warrant at ▇ 21st Street NE, Apartment ▇, Washington, D.C.  E.C., a former romantic partner of MOORE, was present at the residence during the execution of the warrant and directed agents to several trash bags containing MOORE's property.  As detailed below, among the items recovered were the jacket and jeans the suspect is depicted wearing during the October 26, 2022, armed robbery of McDonald's, and the "HOKA" sneakers the suspect is depicted wearing during the October 26, 2022, armed robbery of McDonald's; the November 9, 2022, armed robbery of 7-Eleven; and the November 22, 2022, armed robbery of the U.S. Post Office.

at them.  W-1 jumped over the counter and ran out of the store.  W-1 described the suspect as a Black male in his 30s, light complexion, 5'5" to 5'6" in height, wearing black pants, a black shirt, a black hoodie, and a blue/gray/white ski mask, and carrying a black cross-body bag.  W-1 said the suspect was armed with a black handgun that had an odd-shaped barrel and could have been a BB gun.  W-2 also stated that they noticed the suspect pacing outside before the robbery.  W-2 said the suspect told them to open the register at gunpoint and put money into a large gray bag. W-2 emptied two registers into the bag, and the suspect demanded Newport cigarettes.  W-2 told the suspect there were no more Newports.  The suspect then fled eastbound on Pennsylvania Avenue SE.  W-2 estimated that the suspect obtained approximately $200 in United States currency.  W-2 described the suspect as a Black male in his 30s, light complexion, the same height as W-1 (i.e., 5'6"), skinny build, wearing all black clothing and a multi-color ski mask, and carrying a large gray bag.

9.      7-Eleven is a business engaged in and affecting interstate commerce.

10.     As depicted in the still images included below, video surveillance from inside the 7-Eleven captures the suspect carrying what appears to be a black and gray duffle bag.  The suspect is also depicted wearing a blue and white gaiter-style face mask, a dark baseball cap, a black jacket or hooded shirt, and black shoes with white soles and three white stripes on the sides.

 

***Surveillance of 10/21 7-Eleven Robbery Depicting Gaiter, Sneakers, and Duffle Bag.***

11.     Incident to MOORE's November 28, 2022, arrest, law enforcement recovered sneakers with three white stripes and a blue and white gaiter, consistent with those observed in the surveillance footage, which are depicted below:

 

***Sneakers and Gaiter Recovered During MOORE's November 28 Arrest***

<u>***October 26, 2022, Armed Robbery of McDonald's, 1539 Pennsylvania Avenue SE***</u>

12.     On Wednesday, October 26, 2022, at approximately 10:10 a.m., an armed robbery of the McDonald's restaurant located at 1539 Pennsylvania Avenue SE, Washington, D.C., occurred.  The suspect entered the restaurant wearing a face mask, hat, hoodie, and red glove.  The suspect then loitered inside for several minutes.  W-3, an employee of the restaurant, went into the men's bathroom to clean it.  While W-3 was inside, the suspect entered the bathroom.  The suspect

pointed a gun at W-3 and began yelling "money" several times.  W-3 had to pull out their phone to translate what else the suspect was saying, and the suspect grabbed it out of their hand.  The suspect then grabbed the back of W-3 with his gloved hand and, with a gun in his other hand, walked W-3 out of the bathroom and to a nearby door that leads to the area where the cash registers are located.  The suspect ordered W-3 to open the door, and W-3 complied.  The suspect demanded that money be put into his black and gray duffle bag, and W-4 put the money from the register (approximately $500 in United States currency) into the bag.  At approximately 10:31 a.m., the suspect took the bag and walked out of the restaurant while tucking the gun into his waistband.

13.     On October 26, 2022, W-5, a concerned citizen, called 911 and reported that they had seen the suspect running in the 1300 block of K Street SE at approximately 1:15 p.m.  W-5 did not witness the robbery but had received a crime alert about it.  W-5 said that the suspect was wearing a gray and black jacket, a dark gray or blue shirt, black or gray pants (which they described as "whitewashed"), a blue surgical mask, and a light afro hairstyle.  W-5 observed the suspect go into 1317 K Street SE.  W-5 later called 911 and reported seeing the same individual on November 6 and 13, 2022.  MPD detectives reviewed surveillance footage from the property and determined that the person W-5 observed was not the suspect.  W-5 was informed that the person they had observed was not the suspect and was provided a still photograph of the suspect.

14.     On October 28, 2022, W-3's phone was "pinging" in the area of 12th and K Streets SE.  MPD detectives investigated and learned that a cleaning person had found the phone on October 27, 2022, between 1:00 p.m. and 2:00 p.m., in a stairwell of the Hopkins Apartments, 1000 12th Street SE, Washington, DC.  The cleaning person turned the phone in to the rental office, from which it was recovered by MPD.

15.     McDonald's is a business engaged in and affecting interstate commerce.

16.     As depicted in the still images included below, video surveillance depicts the suspect.  The suspect is depicted wearing a blue and white gaiter-style face mask; a baseball cap; a dark hooded jacket with a white zipper, a white zippered pocket on the right chest, an oval emblem on the left chest, and white sides; a red glove; gray and black jeans; black sneakers with white soles and "HOKA" in white lettering on the sides.  The suspect is also depicted carrying a black and gray duffle bag.

 

***Surveillance of 10/26***        ***Shoes Seized During 12/2***
***McDonald's Robbery***        ***Search Warrant Execution***

 

*Surveillance of 10/26 McDonald's Robbery*          *Jacket Seized During 12/2 Search Warrant Execution*

 

*Surveillance from 10/26 McDonald's Robbery*          *Jeans Seized During 12/2 Search Warrant Execution*

17.    The jacket, jeans, and shoes were recovered during the execution of a search

warrant at ▇▇ 21st Street NE, Apartment ▇▇, on December 2, 2022.  E.C., who has been in a

romantic relationship with MOORE, and whose electronic benefits card MOORE had in his possession when he was arrested on November 28, 2022, resides at that address.

### *November 9, 2022, Armed Robbery of 7-Eleven, 1501 Independence Avenue SE*

18.     On Wednesday, November 9, 2022, at approximately 5:33 a.m., an armed robbery of the 7-Eleven convenience store located at 1501 Independence Avenue SE, Washington, D.C., occurred.  The suspect entered the 7-Eleven store and walked around for several minutes.  The suspect then walked behind the cash register area and pointed a black handgun at W-6, an employee.  The suspect threw a blue plastic bag on the ground and said, "give me all the money." W-6 opened one cash register, put an unknown amount of United States currency into the bag, and attempted to close the cash register to avoid giving larger bills to the suspect.  The suspect became upset and said, "motherfucker, don't play with me and give me all the money."  W-6 proceeded to open both registers and fill the bag with the remainder of the currency.  The suspect then exited the store and fled on foot southbound on 15th Street SE towards Massachusetts Avenue SE.

19.     7-Eleven is a business engaged in and affecting interstate commerce.

20.     As depicted in the still images included below, video surveillance from inside the store shows the suspect wearing a blue and white gaiter-style face mask; a baseball cap with a sticker on the visor; a dark hooded sweatshirt or jacket with an embroidered logo on the left chest and grey accents around the pockets; dark pants; and black sneakers with white soles and "HOKA" in white lettering on the sides.

  

*Surveillance from 11/9 7-Eleven Robbery*          *Shoes Seized During 12/2*
*Search Warrant Execution*

  

*Hat Seized During 12/2*     *Surveillance from 11/9*     *Jacket Seized During 12/2*
*Search Warrant Execution*     *7-Eleven Robbery*     *Search Warrant Execution*

 

*Surveillance from 11/9*          *Gaiter from MOORES's 11/28 Arrest*
*7-Eleven Robbery*

10

21.     As discussed above, the gaiter was recovered incident to MOORE's November 28, 2022, arrest.  The jacket, hat, and shoes were seized during the execution of a search warrant at E.C.'s residence on December 2, 2022.

### *November 22, 2022, Armed Robbery of U.S. Post Office, 600 Pennsylvania Avenue SE*

22.     On November 22, 2022, at approximately 2:42 p.m., an armed robbery of the U.S. Post Office located at 600 Pennsylvania Avenue SE, Washington, D.C., occurred.  The suspect walked up to teller counter, crouched down, and pulled a black handgun from his bag.  W-7 and W-8, who are tellers, ran towards the back door while the suspect followed, pointing the handgun at them.  The suspect turned his attention to W-9, an employee in the breakroom, pointing his gun at W-9 and demanding money.  W-9 went to one of the cash registers and opened the drawer.  The suspect became impatient and grabbed the cash drawer, emptying approximately $200 in United States currency into his bag on the floor.  In the parking lot behind the post office, W-8 encountered W-10, a letter carrier, and told them the post office had been robbed.  W-8 pointed to the suspect, who was running towards C Street SE.

23.     W-8 and W-10 followed the suspect, and W-10 took the below picture of the suspect with their phone as the suspect mounted a bicycle in an alley off of C Street SE.  The

bicycle—which is green with chrome accents and a tan leather seat—appears to be identical to the bicycle with which MOORE was arrested on November 28, 2022.

 

*Photo Taken by W-10 on 11/22*       *Bicycle Seized from MOORE Incident to 11/28 Arrest*

24.     As depicted in the still image included below, video surveillance from inside the U.S. Post Office depicts the suspect wearing khaki pants; a black jacket; a winter hat; and black sneakers with white soles and "HOKA" in white lettering on the sides.  The video also depicts the suspect carrying a black and gray duffle bag.



*Surveillance from 11/22*       *Pants Seized from MOORE*       *Shoes Seized During 12/2*
*U.S. Post Office Robbery*       *Incident to 11/28 Arrest*       *Search Warrant Execution*

25.     On November 22, 2022, MPD officers stopped an individual in the 200 block of I Street SE in response to a lookout.  It was determined that the individual was not the suspect.

26.     As an employee of the U.S. Postal Service, W-9 has lawful charge, control, and custody of mail matter, money, and other property of the United States.  The money the suspect stole from the U.S. Post Office during the robbery was the property of the United States.

27.     While processing the scene of the November 22, 2022, postal armed robbery, United States Postal Inspectors collected six latent prints from the register till and sent them to their lab for analysis.  On November 30, 2022, a latent print examiner at the U.S. Postal Inspection Lab analyzed the latent prints and determined a latent print on a cash drawer insert divider from the register till was a positive match to MOORE.  Four latent fingerprints from the bottom of the cash drawer insert were determined not to be the fingerprints of MOORE, and the remaining latent fingerprint yielded inconclusive results.  The latent fingerprints were searched in the FBI's automated database but did not result in any additional identifications.

### *November 28, 2022, Armed Robbery of CVS, 2400 Richmond Highway, Arlington, VA*

28.     On November 28, 2022, at approximately 7:40 a.m., an armed robbery of the CVS store located at 2400 Richmond Highway in Arlington, Virginia, occurred.  The suspect fled with United States currency and "bait money" that contained a GPS tracker.  The suspect was arrested shortly after trying to flee on a green bicycle, identical in appearance to the bicycle on which the suspect fled the November 22, 2022, armed robbery of the U.S. Post Office.

29.     The suspect was identified as Mark Thomas MOORE, date of birth ██/██/1991.  At the time of his arrest, MOORE possessed a blue bag containing approximately $356 in United States currency and the "bait money" from CVS containing the GPS tracker.  MOORE had a large black handgun, which was later determined to be a BB gun, on his person.  MOORE was still

wearing the clothes he had been wearing during the armed robbery of the CVS, and he had additional clothes in his bag.  MOORE was wearing khaki pants, identical in appearance to those that the suspect is depicted wearing during the November 22, 2022, armed robbery of the U.S. Post Office, and black sneakers with white soles and three white stripes on the side, identical in appearance to those the suspect is depicted wearing during the October 21, 2022, armed robbery of 7-Eleven.  MOORE was also in possession of a blue and white gaiter-style face mask.

30.     Information regarding MOORE's arrest was provided to other members of law enforcement, including Your Affiant and MPD detectives.  Your Affiant and other members of law enforcement have reviewed the evidence and property MOORE had on his person at the time of his arrest, and, for the reasons detailed in this affidavit, MOORE is believed to be the suspect in the four armed robberies in Washington, D.C., that are described above.

### *Similarities of Offenses*

31.     The above-described offenses involved similarities in specific items of clothing worn by the suspect, as well as similar items used during the offenses, which link MOORE to the offenses described above.

32.     As depicted in the still images included below, surveillance footage from the October 21, 2022, armed robbery of 7-Eleven; the October 26, 2022, armed robbery of McDonald's; the November 9, 2022, armed robbery of 7-Eleven; and the November 22, 2022, armed robbery of the U.S. Post Office depict the suspect using a long black handgun consistent in appearance with the BB gun recovered from MOORE incident to his November 28, 2022, arrest.



*BB Gun Recovered from MOORE Incident to 11/28 Arrest*



| *10/21* | *10/26* | *11/9* | *11/22* |
| *7-Eleven Robbery* | *McDonald's Robbery* | *7-Eleven Robbery* | *U.S. Post Office Robbery* |

33.     As depicted in the still images included below, surveillance footage from the October 26, 2022, armed robbery of McDonald's; the November 9, 2022, armed robbery of 7-Eleven; and the November 22, 2022, armed robbery of the U.S. Post Office depict the suspect wearing the same black sneakers with white soles and "HOKA" printed in white lettering on the sides.  As referenced above, these appear to be identical to MOORE's sneakers, which were seized during the execution of a search warrant at E.C.'s residence on December 2, 2022.



| *10/26 McDonald's Robbery* | *11/9 7-Eleven Robbery* | *11/22 U.S. Post Office Robbery* | *Shoes Seized During 12/2 Search Warrant Execution* |

34.     As depicted in the still images included below, surveillance footage from the October 21, 2022, armed robbery of 7-Eleven; the October 26, 2022, armed robbery of McDonald's; and the November 22, 2022, armed robbery of the U.S. Post Office depict the suspect using what appears to be an identical black and gray duffle bag to collect robbery proceeds.



| *10/21 7-Eleven Robbery* | *10/26 McDonald's Robbery* | *11/22 U.S. Post Office Robbery* |

35.     The four above-described robberies are linked by similarities in specific items of clothing or items used during the offenses.  The suspect used a large black handgun in each of the four robberies, which appears identical to the BB gun recovered from MOORE incident to his November 28, 2022, arrest.  The suspect wore the same "HOKA" sneakers during the October 26, 2022, armed robbery of McDonald's; the November 9, 2022, armed robbery of 7-Eleven; and the November 22, 2022, armed robbery of the U.S. Post Office. MOORE owns identical sneakers,

which were seized during the execution of a search warrant from E.C.'s residence on December 2, 2022. The suspect used the same black and grey duffle bags during the October 21, 2022, armed robbery of 7-Eleven; the October 26, 2022, armed robbery of McDonald's; and the November 22, 2022, armed robbery of the U.S. Post Office.

## **CONCLUSION**

Based upon the foregoing facts, I respectfully submit that probable cause exists to conclude that on or about October 21, 2022, October 26, 2022, and November 9, 2022, in the District of Columbia, Mark Thomas MOORE knowingly obstructed, delayed, and affected commerce and the movement of articles and commodities in commerce by robbery, as that term is defined by 18 U.S.C. § 1951(b)(1), by robbing 7-Eleven convenience stores (on or about October 21, 2022, and November 9, 2022) and a McDonald's restaurant (on or about October 26, 2022), businesses engaged in and affecting interstate commerce, in violation of 18 U.S.C. § 1951(a); and that probable cause exists to conclude that on or about November 22, 2022, in the District of Columbia, Mark Thomas MOORE knowingly assaulted a person having lawful charge, control, or custody of mail matter, money, and other property of the United States, and robbed that person of money of the United States, in violation of 18 U.S.C. § 2114(a).

Kevin Moore
Special Agent
Federal Bureau of Investigation

Respectfully submitted and attested to in accordance with the requirements of Fed. R. Crim. P. 4.1 via telephone on December 09, 2022.

The Honorable Robin M. Meriweather
United States Magistrate Judge

17